## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**REBECCA ANN CARY, et al.,**           )
                                        )
       **Plaintiffs,**                     )
                                        )
  **v.**                                )    **Civ. No. 06-2120 (RMU)**
                                        )
**DALE HALL, et al.,**                  )
                                        )
       **Defendants, and**                 )
                                        )
**SAFARI CLUB, et al.,**                )
                                        )
       **Defendant-Intervenors**           )
_____)

### ENTRY OF APPEARANCE

      Please enter the appearance of Katherine A. Meyer as counsel for plaintiffs in the above

captioned case.

                            Respectfully submitted,

                              /s/  Katherine A. Meyer
                            Katherine A. Meyer
                            D.C. Bar No. 244301
                            Meyer Glitzenstein & Crystal
                            1601 Connecticut Avenue, N.W.
                            Suite 700
                            Washington, D.C.  20009
                            (202) 588.5206
                            katherinemeyer@meyerglitz.com

Date:  December 19, 2006