## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REBECCA ANN CARY, <u>et al.</u>,** )  |  |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civ. No. 06-2120 (RMU)** |
| ) | |
| **DALE HALL, <u>et al.</u>,** ) | |
| ) | |
| **Defendants, and** ) | |
| ) | |
| **SAFARI CLUB, <u>et al.</u>,** ) | |
| ) | |
| **Defendant-Intervenors** ) | |
| ) | |

## <u>ENTRY OF APPEARANCE</u>

Please enter the appearance of Tanya M. Sanerib as counsel for plaintiffs in the above captioned case.

Respectfully submitted,

  /s/  Tanya M. Sanerib
Tanya M. Sanerib
D.C. Bar No. 473506
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W.
Suite 700
Washington, D.C.  20009
(202) 588.5206
tanyasanerib@meyerglitz.com

Date:  December 19, 2006