UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF ANIMALS, | ) |
| Plaintiff, | ) |
| v. | ) |
| DIRK KEMPTHORNE, Secretary of the Interior, | ) Civ. No. 04-1660 (HHK-DAR) |
| Defendant. | ) Civ. No. 06-2120 |
| | ) (Consolidated Cases) |
| REBECCA ANN CARY, et al., | ) |
| v. | ) |
| DALE HALL, Director, Fish and Wildlife Service, et al., | ) |
| Defendants, | ) |
| and | ) |
| SAFARI CLUB INTERNATIONAL, et al., | ) |
| Defendant-Intervenors. | ) |

## CASE MANAGEMENT REPORT

Pursuant to this Court's December 22, 2006 Order, the parties to these consolidated cases hereby submit this Case Management Report.

**A.** The parties to Friends of Animals v. Kempthorne, Civ. No. 04-1660, hereby incorporate by reference the Local Rule 16.3 Report that they submitted to the Court on March 2, 2006, except that they have agreed to new dates for the briefing schedule for this case, as outlined below.[1]

---

[1] Defendant-Intervenors agree with the representations made in that Report.

  **B.** The parties to <u>Cary et al. v. Hall</u>, <u>et al.</u>, Civ. No. 06-2120, submit the following responses to the questions provided in Local Rule 16.3:

  1. The parties believe that this case is likely to be disposed of by dispositive motions for summary judgment.

  2. The parties do not anticipate joining any other party or amending the pleadings at this time. The parties believe that the material facts are undisputed and that this case is appropriate for summary judgment.

  3. The parties agree that this case should not be assigned to a Magistrate Judge.

  4. The parties do not believe that there is a realistic possibility of settling this case.

  5. The parties agree that use of the Court's Alternative Dispute Resolution procedures would not be productive.

  6. The parties believe that this case can be resolved on the basis of cross-motions for summary judgment. They have agreed to the schedule outlined below. Plaintiffs have concerns about the adequacy of the Administrative Record which they have raised with defendants. The parties will attempt to resolve these concerns in a manner that will not interfere with the agreed upon briefing schedule. To the extent that resolution of plaintiffs' concerns about the Administrative Record will delay the briefing schedule in this case, the parties will so notify the Court.

  7. Because this case is to be resolved on the basis of the Administrative Record, the parties agree that the initial disclosures required by Rule 26(a)(1) are not applicable.

  8. The parties agree that there will be no discovery in this case.

9. The parties agree that no expert witnesses are necessary in this case, which is to be decided based on the Administrative Record.

10. Not applicable.

11. Because this case is to be decided based on the Administrative Record, there will be no discovery and no trial, and hence no need for any bifurcation.

12. There is no need for a pre-trial conference.

13. There will be no trial in this case.

14. The parties to this case have agreed to brief this case on a similar schedule to the one agreed to by the parties to Friends of Animals, pursuant to the dates set out below.

C. The parties to these consolidated cases agree to the following briefing schedule:

| Date | Action |
|---|---|
| February 16, 2007 | Plaintiffs file their motions for summary judgment |
| March 30, 2007 | Defendants and Defendant-Intervenors each file a combined opposition to Plaintiffs' motions for summary judgment, and cross-motion for summary judgment. Defendants and Defendant-Intervenors will each be allotted 60 pages for their brief. |
| April 27, 2007 | Plaintiffs will each file a combined opposition to defendants and defendant-intervenors' cross-motions for summary judgment and reply memoranda in support of plaintiffs' motions for summary judgment. |
| May 25, 2007 | Defendants and Defendant-Intervenors will file their final reply briefs. |

The parties request that a hearing on their cross-motions for summary judgment be scheduled as early as possible after submission of the final reply briefs, and that a decision be rendered as soon as possible thereafter.

Respectfully submitted,

 /s/ Robin Cooley
Robin Cooley, *pro hac vice*
D.C. Bar No. CO0040
Environmental Law Clinic
University of Denver Sturm College of Law
2255 E. Evans Ave., Room 365G
Denver, CO 80208
303-871-6039
303-871-6991 (fax)

Attorney for Plaintiff Friends of Animals

 /s/ Katherine A. Meyer
Katherine A. Meyer
D.C. Bar No. 244301
Tanya M. Sanerib
D.C. Bar No. 473506
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C. 20009
(202) 588-5206
(202) 588-5049 (fax)

Attorneys for Plaintiffs Rebecca Ann Cary et al.

 /s/ Meredith Flax
Meredith L. Flax
D.C. Bar No. 468016
John S. Most
Va. Bar No. 27176
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0404
(202) 305-0275 (fax)

Attorneys for Defendants

      /s/   Anna Seidman
Anna Seidman
D.C. Bar No. 417091
Douglas S. Burdin
D.C. Bar No. 434107
Safari Club International
501 2nd Street N.E.
Washington, DC 20002
202-543-8733
Fax: 202-543-1205

Attorneys for Defendant-Intervenors

Date:   January 8, 2007