UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| FRIENDS OF ANIMALS, | ) |
| Plaintiff, | ) |
| v. | ) |
| DIRK KEMPTHORNE, Secretary of the Interior, | ) |
| | ) Civ. No. 04-1660 (HHK-DAR) |
| Defendant. | ) Civ. No. 06-2120 |
| | )  (Consolidated Cases) |
| REBECCA ANN CARY, et al., | ) |
| v. | ) |
| DALE HALL, Director, Fish and Wildlife Service, et al., | ) |
| Defendants, | ) |
| and | ) |
| SAFARI CLUB INTERNATIONAL, et al., | ) |
| Defendant-Intervenors. | ) |

_____)

## NOTICE OF APPEARANCE

On behalf of Defendants Dirk Kempthorne, Secretary of the Interior, and Dale Hall, Director, Fish and Wildlife Service, the United States enters the appearance of Rebecca J. Riley, Trial Attorney, as counsel for this matter. Ms. Riley's contact information is as follows:

<u>U.S. Mail</u>  
U.S. Department of Justice  
Wildlife & Marine Resources Section  
Ben Franklin Station  
P.O. Box 7369  
Washington, D.C. 20044-7369  

<u>Telephone</u>  
202-305-0202  

<u>Facsimile</u>  
202-305-0275  

<u>Overnight or Hand Delivery</u>  
U.S. Department of Justice  
Wildlife & Marine Resources Section  
601 D Street, N.W., Room 3033  
Washington, D.C. 20004  

<u>Electronic Mail</u>  
rebecca.riley@usdoj.gov  

Dated:  January 9, 2007

Respectfully submitted,

SUE ELLEN WOOLDRIDGE  
Assistant Attorney General  
JEAN WILLIAMS, Chief  


  /s/ Rebecca J. Riley  
REBECCA J. RILEY, Trial Attorney  
IL Bar No. 6284356  
U.S. Department of Justice  
Environment & Natural Resources Division  
Wildlife & Marine Resources Section  
Ben Franklin Station, P.O. Box 7369  
Washington, D.C. 20044-7369  
Telephone: (202) 305-0202  
Facsimile: (202) 305-0275  

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

                                                        /s/ Rebecca J. Riley
                                                      REBECCA J. RILEY