**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

FRIENDS OF ANIMALS,                                )
                                                   )
                  Plaintiff,                       )
                                                   )
         v.                                        )
                                                   )
DIRK KEMPTHORNE, Secretary of the Interior,        )
                                                   )    **Civ. No. 04-1660 (HHK-DAR)**
                  Defendant,                       )    **Civ. No. 06-2120**
                                                   )    **(Consolidated Cases)**
         and                                       )
                                                   )
SAFARI CLUB INTERNATIONAL, <u>et al.</u>,          )
                                                   )
                  Defendant-Intervenors.           )
_____        )
REBECCA ANN CARY, <u>et al.</u>,                   )
                                                   )
                  Plaintiffs,                      )
                                                   )
         v.                                        )
                                                   )
DALE HALL, Director, Fish and Wildlife Service, <u>et al.</u>,)
                                                   )
                  Defendants,                      )
                                                   )
         and                                       )
                                                   )
SAFARI CLUB INTERNATIONAL, <u>et al.</u>,          )
                                                   )
                  Defendant-Intervenors.           )
_____        )

**CONSENT MOTION FOR AN EXTENSION OF TIME FOR**
**PLAINTIFFS' TO FILE THEIR SUMMARY JUDGMENT MOTIONS**
<u>**AND MEMORANDA IN SUPPORT THEREOF**</u>

Plaintiffs in these consolidated cases respectfully move this Court, pursuant to Fed. R.

Civ. P. 6 (b), to extend the deadline for Plaintiffs to file their Summary Judgment Motions,

which are currently due by February 16, 2007, by five working days to February 23, 2007.

As grounds for this motion, Plaintiffs state as follows:

1.      Plaintiffs seek additional time to prepare their Summary Judgment Motions in light of the fact that Federal Defendants agreed to supplement the Administrative Record after Plaintiffs raised concerns regarding the adequacy of the Record, and Federal Defendants have now supplemented the Record with 142 additional pages of relevant documents.  Plaintiffs continue to have concerns about the adequacy of the Administrative Record and are working with Federal Defendants to have those concerns addressed.  In light of the additional documents that Plaintiffs must now review and the on-going negotiations regarding the Record, Plaintiffs require additional time to file their Summary Judgment Motions.

2.      Granting this enlargement will not require the rescheduling of any pre-trial or trial dates or any other in Court matters.

3.      This is the first motion filed by Plaintiffs seeking an extension of the Summary Judgment briefing schedule.

4.      Pursuant to LCvR 7(m), Plaintiffs' counsel consulted with counsel for Federal Defendants and Defendant-Intervenors' and both parties have consented to the motion.

For these reasons, Plaintiffs respectfully request that the Court grant their Consent Motion for an Extension of Time for Plaintiffs to File their Opening Summary Judgment Motions, and that Plaintiffs be given until February 23, 2007 to file their motions.

Respectfully submitted,

 /s/ Tanya Sanerib____
Tanya Sanerib
D.C. Bar. No. 473506
Meyer Glitzenstein & Crystal

1601 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20009
(202) 588.5206

Attorney for the Cary Plaintiffs

 /s/  Robin Cooley
Robin Cooley
D.C. Bar No. CO0040
Environmental Law Clinic
University of Denver Sturm College of Law
2255 E. Evans Ave., Room 365G
Denver, CO 80208
303-871-6039
303-871-6991 (fax)

Attorney for Plaintiff Friends of Animals

Dated: February 9, 2007

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF ANIMALS, )<br><br>Plaintiff, )<br><br>v. )<br><br>DIRK KEMPTHORNE, Secretary of the Interior, )<br><br>Defendant, )<br><br>and )<br><br>SAFARI CLUB INTERNATIONAL, <u>et al.</u>, )<br><br>Defendant-Intervenors. ) | Civ. No. 04-1660 (HHK-DAR)<br>Civ. No. 06-2120<br>(Consolidated Cases) |

FRIENDS OF ANIMALS,                                          )
                                                             )
                    Plaintiff,                               )
                                                             )
            v.                                               )
                                                             )
DIRK KEMPTHORNE, Secretary of the Interior,                  )
                                                             )    Civ. No. 04-1660 (HHK-DAR)
                    Defendant,                               )    Civ. No. 06-2120
                                                             )    (Consolidated Cases)
            and                                              )
                                                             )
SAFARI CLUB INTERNATIONAL, <u>et al.</u>,                    )
                                                             )
                    Defendant-Intervenors.                   )
_____)
REBECCA ANN CARY, <u>et al.</u>,                             )
                                                             )
                    Plaintiffs,                              )
                                                             )
            v.                                               )
                                                             )
DALE HALL, Director, Fish and Wildlife Service, <u>et al.</u>,)
                                                             )
                    Defendants,                              )
                                                             )
            and                                              )
                                                             )
SAFARI CLUB INTERNATIONAL, <u>et al.</u>,                    )
                                                             )
                    Defendant-Intervenors.                   )
_____)

## [PROPOSED] ORDER

Upon consideration of the Consent Motion for an Extension of Time for Plaintiffs' to File

Their Summary Judgment Motions, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED, and it is

FURTHER ORDERED that Plaintiffs shall file their Summary Judgment Motions no later than February 23, 2007.

Dated this _____ day of _____, 2007.


_____
United States District Judge