UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDS OF ANIMALS,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**DIRK KEMPTHORNE, Secretary of the Interior,**<br><br>　　　　　**Defendant.**<br><br>**REBECCA ANN CARY, et. al.,**<br><br>　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**DALE HALL, Director, Fish and Wildlife Service, et. al.,**<br><br>　　　　　**Defendants,**<br><br>　　and<br><br>**SAFARI CLUB INTERNATIONAL, et. al.,**<br><br>　　　　　**Defendant-Intervenors** | Civil Action 04-01660 (HHK)<br>Civil Action 06-02120<br>(Consolidated Cases) |

**ORDER**

　　It is this 5th day of March, 2007, hereby

　　**ORDERED** that plaintiffs' motions for summary judgment [#42, #45] are **DENIED** without prejudice to renewal or refiling after resolution of the Cary plaintiffs' motion to compel; and it is further

**ORDERED** that defendants' motion to stay summary judgment briefing (#47) is therefore **DENIED** as moot.

        Henry H. Kennedy, Jr.
        United States District Judge