UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDS OF ANTIMALS, et al.,**<br><br>           Plaintiffs,<br><br>     v.<br><br>**DIRK KEMPTHORNE, Secretary of the Interior,**<br>           Defendant. | |
| **REBECCA ANN CARY, et al.,**<br><br>           Plaintiffs,<br><br>     v.<br><br>**DALE HALL, Director, Fish and Wildlife Service, et al.,**<br><br>           Defendants. | Civil Action   04-01660 (HHK)<br>                      06-02120 (HHK) |

**ORDER**

Upon consideration of the Cary plaintiffs' Motion to Compel the Complete Administrative Record and Supporting Memorandum [# 44], the parties' responses thereto, and the entire record of this proceeding, it is this 8th day of July 2008,

**ORDERED** that plaintiffs' motion is granted in part, and it is further

**ORDERED** that, by no later than August 25, 2008, the Fish and Wildlife Service shall provide to plaintiffs the complete Administrative Record for the decision to list the Antelopes as endangered, 70 Fed. Reg. 52,310 (November 2, 2005); and it is further

**ORDERED** that plaintiffs' motion is denied in all other respects; and it is further

**ORDERED** that by no later than July 25, 2008, the parties shall submit proposed deadlines for submission of dispositive motions. If the parties are unable to reach agreement with respect to the proposed deadlines each party shall submit its own proposed deadlines.

Henry H. Kennedy, Jr.<br>
United States District Judge