UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF ANIMALS, )<br> )<br> Plaintiff, )<br> )<br>v. )<br> )<br>DIRK KEMPTHORNE, Secretary of the Interior, )<br> )<br> Defendant, )<br> )<br>and )<br> )<br>SAFARI CLUB INTERNATIONAL, et al., )<br> )<br> Defendant-Intervenors. )<br>_____)<br>REBECCA ANN CARY, et al., )<br> )<br> Plaintiffs, )<br> )<br>v. )<br> )<br>DALE HALL, Director, Fish and Wildlife Service, et al.,)<br> )<br> Defendants, )<br> )<br>and )<br> )<br>SAFARI CLUB INTERNATIONAL, et al., )<br> )<br> Defendant-Intervenors. )<br> ) | Civ. No. 04-1660 (HHK-DAR)<br>Civ. No. 06-2120<br>(Consolidated Cases) |

Notice of Appearance

 Please enter the appearance of Michael R. Harris as counsel for Plaintiff Friends of Animals in the above captioned case. Mr. Harris's contact information is as follows:

///

///

///

Michael R. Harris
Bar No. CO0049
Environmental Law Clinic
Student Law Office
University of Denver Sturm College of Law
2255 E. Evans Avenue, Suite 335
Denver, CO 80208
Phone: (303) 871-6140
Fax: (303) 871-6847
mharris@law.du.edu

Dated: 07/24/2008                                   Respectfully submitted,

                                                    /s/ Michael Harris

                                                    Michael Harris (Bar No. CO0049)
                                                    Environmental Law Clinic
                                                    Student Law Office
                                                    University of Denver Sturm College of Law
                                                    2255 E. Evans Avenue, Suite 335
                                                    Denver, CO 80208
                                                    Phone: (303) 871-6140
                                                    Fax: (303) 871-6847
                                                    mharris@law.du.edu