UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| FRIENDS OF ANIMALS, | ) |
| | ) |
|                 Plaintiff, | ) |
| | ) |
|    v. | ) |
| | ) |
| DIRK KEMPTHORNE, Secretary of the Interior, | ) |
| | ) Civ. No. 04-1660 (HHK) |
|            Defendant. | ) Civ. No. 06-2120  (HHK) |
| | ) (Consolidated Cases) |
| | ) |
| REBECCA ANN CARY, et al., | ) |
| | ) |
|           Plaintiffs, | ) |
| | ) |
|    v. | ) |
| | ) |
| DALE HALL, Director, Fish and Wildlife Service, et al., | ) |
| | ) |
|          Defendants, | ) |
| | ) |
|    and | ) |
| | ) |
| SAFARI CLUB INTERNATIONAL, et al., | ) |
| | ) |
|         Defendant-Intervenors. | ) |

_____)

**PARTIES' JOINT PROPOSED BRIEFING SCHEDULE AND REQUEST FOR
ENLARGEMENT OF TIME TO PROVIDE ADMINISTRATIVE RECORD**

Pursuant to the Court's order of July 8, 2008 ("Order"), the parties hereby submit their proposed deadlines for summary judgment briefing in this case, as follows:

- Plaintiffs' Opening Brief due November 11, 2008

- Defendants' Opposition/Cross-motion due December 19, 2008

- Plaintiffs' Reply/opposition due January 23, 2009

- Defendants' Reply due February 13, 2009

In addition, the parties ask that the Court modify the Order to allow the Fish and Wildlife Service ("FWS") until September 19, 2008, to provide to Plaintiffs and Defendant-Intervenors the administrative record of FWS's decision to list as endangered, pursuant to the Endangered Species Act ("ESA"), the three antelope species at issue in this case. The Order presently requires that the administrative record be furnished by August 25, 2008.

In support of this request, Federal Defendants note that staffing issues at FWS make it difficult to complete the record by August 25. FWS's Division of Scientific Authority (DSA) is responsible for managing ESA listings of foreign species, such as the three antelope. Given its function, DSA is responsible for assembling the record in this case. Although DSA has an approved staff of eight positions, three have been vacant for the past few years. Three individuals were recently hired to fill these vacancies, although only one, a biologist, has actually reported for duty, and is still being trained. Despite operating below approved staffing levels for some time, DSA is presently working on listing proposals for 30 foreign species. Moreover, personnel at DSA and in Interior's Office of the Solicitor, which is also involved in preparation of the record, had planned summer vacations in July and August, prior to entry of the Order.

In addition to their ESA work, DSA biologists also provide scientific findings required to authorize the import and export of plants and wildlife protected under the Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES), and they play an integral role in CITES meetings.  At the time of the Court's order, staff were immersed in preparations for the 57th annual meeting of the Standing Committee of CITES, held in Geneva, Switzerland, from July 14 to 18, 2008.  The committee oversees the implementation of rules for the international wildlife trade when the conference of the 173 member states is not in session. For this meeting, DSA prepared five United States position papers and assisted in other drafting. These activities have kept DSA busy through much of July.

In addition, one of the biologists assigned responsibility for compiling the administrative record is currently preparing a technical paper for an upcoming international expert workshop, which is due on August 15, 2008.  Finally, Federal defendants note that the administrative process which culminated in the 2005 listing decision actually began in 1989.  Given the age of the record, the task of assembling it is more complicated.  Moreover, FWS will need time to sequentially number the record for convenient citation in the upcoming briefing; to review it for privileged material and create a log of such material, if necessary; and to prepare an index for it, to assist the parties and the Court in finding relevant materials.

For the foregoing reasons, the parties respectfully request that the Court enter an order adopting the schedule proposed above and allowing FWS until September 19, 2008 to provide

Plaintiffs and Defendant-Intervenors with the administrative record of the decision to list the three antelope as endangered.

July 25, 2008                                    Respectfully submitted,


RONALD J. TENPAS                                Environmental Law Clinic
Assistant Attorney General                      Student Law Office
Environment and Natural Resources Div.          University of Denver College of Law
JEAN WILLIAMS, Chief                            2255 E. Evans Ave.
LISA L. RUSSELL,  Assistant Chief               Denver, Colorado 80208
                                                Ph: 303-871-6140
   /s/ John S. Most with permission             Fax: 303-871-6847
MEREDITH L. FLAX, Trial Attorney
District of Columbia Bar No. 468016             *Attorney for Friends of Animals*
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section                /s/ John S. Most with permission
Benjamin Franklin Station, P.O. Box 7369        KATHERINE A. MEYER
Washington, D.C. 20044-7369                     D.C. Bar No. 244301
Tel: 202-305-0404, Fax: 202-305-0275            TANYA M. SANERIB
Meredith.Flax@usdoj.gov                         D.C. Bar No. 473506
                                                Meyer Glitzenstein & Crystal
                                                1601 Connecticut Avenue, N.W. # 700
    /s/ John S. Most                            Washington, D. C.  20009
JOHN S. MOST, Trial Attorney                    (202) 588-5206
Virginia Bar No. 27176
U.S. Department of Justice                      *Attorneys for the Cary Plaintiffs*
Environment & Natural Resources Division
Natural Resources Section
Benjamin Franklin Station, P.O. Box 663            /s/ John S. Most with permission
Washington, D.C. 20044-0663                     ANNA M. SEIDMAN
Tel: (202) 616-3353 Fax: (202) 305-0274         (D.C. Bar No. 417091)
                                                Safari Club International
*Attorneys for Federal Defendants*              501 2nd Street, N.E.
                                                Washington, D. C.  20002
   /s/ John S. Most with permission             Tel.:    (202) 543-8733
MICHAEL R. HARRIS                               Fax:    (202) 543-1205
(Bar. No. CO0049)
                                                *Attorney for Defendant-Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2008, a copy of the foregoing was served on counsel of record noted below by filing it electronically using the Court's ECF system.


_____/s/ John S. Most_____
JOHN S. MOST


Katherine A. Meyer          katherinemeyer@meyerglitz.com
Tanya Sanerib               TSanerib@meyerglitz.com
*On behalf of the Cary Plaintiffs*

James J. Tutchton           jtutchton@law.du.edu
Mike Harris                 mharris@law.du.edu
*On behalf of Plaintiff Friends of Animals*

Anna Margo Seidman          aseidman@safariclub.org
*On behalf of Defendant-Intervenors*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

FRIENDS OF ANIMALS,                                    )
                                                       )
                              Plaintiff,               )
        v.                                             )
                                                       )
DIRK KEMPTHORNE, Secretary of the Interior,            )
                                                       ) Civ. No. 04-1660 (HHK-DAR)
                              Defendant.               ) Civ. No. 06-2120
                                                       ) (Consolidated Cases)
REBECCA ANN CARY, et al.,                              )
                                                       )
                              Plaintiffs,              )
        v.                                             )
                                                       )
DALE HALL, Director, Fish and Wildlife Service, et al., )
                                                       )
                              Defendants,              )
        and                                            )
                                                       )
SAFARI CLUB INTERNATIONAL, et al.,                     )
                                                       )
                              Defendant-Intervenors.   )
_____)

**[PROPOSED] ORDER**

Before the Court is the Parties' *Joint Proposed Briefing Schedule and Request for*

*Enlargement of Time to Provide Administrative Record.*  Upon consideration of this request and

proposal, and the entire record in this case, it is hereby ORDERED that:

•       Federal Defendants shall provide the administrative record of the Antelope listing
        decision to Plaintiffs and Defendant-Intervenors by September 19, 2008
•       Plaintiffs' Opening Brief shall be due November 11, 2008
•       Defendants' Opposition/Cross-motion shall be due December 19, 2008
•       Plaintiffs' Reply/opposition shall be due January 23, 2009
•       Defendants' Reply shall be due February 13, 2009

IT IS SO ORDERED this _____ day of _____, 2008.


                                        _____
                                        U. S. DISTRICT JUDGE