UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 04 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| FRIENDS OF ANIMALS, | ) |
| Plaintiff, | ) |
| v. | ) |
| DIRK KEMPTHORNE, Secretary of the Interior, | ) Civ. No. 04-1660 (HHK-DAR) |
| Defendant. | ) Civ. No. 06-2120 |
| | ) (Consolidated Cases) |
| REBECCA ANN CARY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| DALE HALL, Director, Fish and Wildlife Service, et al., | ) |
| Defendants, | ) |
| and | ) |
| SAFARI CLUB INTERNATIONAL, et al., | ) |
| Defendant-Intervenors. | ) |

### ▬▬▬▬▬ ORDER

Before the Court is the Parties' *Joint Proposed Briefing Schedule and Request for Enlargement of Time to Provide Administrative Record*. Upon consideration of this request and proposal, and the entire record in this case, it is hereby ORDERED that:

- Federal Defendants shall provide the administrative record of the Antelope listing decision to Plaintiffs and Defendant-Intervenors by September 19, 2008
- Plaintiffs' Opening Brief shall be due November 11, 2008
- Defendants' Opposition/Cross-motion shall be due December 19, 2008
- Plaintiffs' Reply/opposition shall be due January 23, 2009
- Defendants' Reply shall be due February 13, 2009

IT IS SO ORDERED this 30th day of July, 2008.

_____
U. S. DISTRICT JUDGE